IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY RODERICK PHILLIP,
                    Plaintiff,
        v.                                                 **Judgment in a Civil Case**
GEO GROUP, INC., GEORGE E. SNYDER,
W. BRANCH, T. ALEXANDER,
JOHN WHITE, BUREAU OF PRISONS,
HARLEY LAPPIN, and
JONATHAN MINER,
                    Defendants.                  Case Number: 5:09-CT-3115-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, on motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, on behalf of defendants GEO Group, Inc., Jonathan Miner, George Snyder, Wallace Branch, Tara Alexander, and John White.

**IT IS ORDERED AND ADJUDGED** that federal defendants Bureau of Prisons and Harley Lappin having been dismissed earlier in the action, the court grants the remaining defendants' motion for summary judgment and this action is hereby dismissed.

This Judgment Filed and Entered on November 6, 2012, with service on:
Anthony Roderick Phillip (via U.S. Mail)
03396-033
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

Robert T. Numbers II and Michael E. Lockridge (via CM/ECF Notice of Electronic Filing)

November 6, 2012                         /s/ Julie A. Richards
                                           Clerk